```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SHARON LEHNERT,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :         21-CV-7806 (VSB)
               -against-                                    :
                                                            :             ORDER
EXPERIAN INFORMATION SOLUTIONS,                             :
INC., et al.,                                               :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      On September 13, 2021, Plaintiff initiated this action and filed her complaint in the New York State Supreme Court, New York County.  (Doc. 1 Ex. B.)  On September 17, 2021, Defendants filed a notice of removal on grounds of a federal question.  (Doc. 1.)  "After removal, repleading is unnecessary unless the court orders it."  Fed. R. Civ. P. 81(c)(2).  "A defendant who did not answer before removal must answer or present other defenses or objections . . . within the longest of these periods": (1) "21 days after receiving—through service or otherwise—a copy of the initial pleading"; (2) "21 days after being served with the summons for an initial pleading on file at the time of service," or; (3) "7 days after the notice of removal is filed."  Id.  As such, under Rule 81, Defendant Equifax is overdue in answering or otherwise responding to the Complaint.  It is hereby:

      ORDERED that Defendant Equifax is directed to answer or otherwise respond to Plaintiff's Complaint on or before December 15, 2021.

      SO ORDERED.

Dated:    November 15, 2021  
              New York, New York

                                                                           VERNON S. BRODERICK  
                                                                           United States District Judge